# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carman, Mark L. | Wyoming District Court, Yellowstone National Park | 09/19/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge; Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Yellowstone Judicial Center
P.O. Box 387
Yellowstone National Park, WY 82190

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust # 2 |
| 3. Trustee | Trust # 3 |
| 4. Trustee | Trust # 4 |
| 5. President | Ronald McDonald Charities of Montana |
| 6. President | Carman Law Office, P.C. |
| 7. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage Account #1 | | | | | | | | | |
| 2.  -Schwab Money Market | A | Dividend | L | T | | | | | |
| 3.  -3M Company | A | Dividend | K | T | | | | | |
| 4.  -Abbott Laboratories | A | Dividend | J | T | | | | | |
| 5.  -Abbvie Inc | A | Dividend | J | T | | | | | |
| 6.  -Air Products & Chemicals Inc | A | Dividend | J | T | Sold (part) | 7/22/13 | J | A | |
| 7.  -American Express Company | A | Dividend | K | T | Sold (part) | 3/19/13 | J | D | |
| 8.  -Apache Corp | A | Dividend | | | Sold | 4/16/13 | J | A | |
| 9.  -Apple Inc | A | Dividend | K | T | Sold (part) | 9/24/13 | J | A | |
| 10.  -AT&T Inc | A | Dividend | J | T | Sold (part) | 9/9/13 | J | A | |
| 11.  -Auto Data Processing | A | Dividend | J | T | Sold (part) | 12/13/13 | J | D | |
| 12.  -Baxter International Inc | A | Dividend | J | T | | | | | |
| 13.  -Borg Warner Inc | A | Dividend | K | T | | | | | |
| 14.  -Coca Cola Company | A | Dividend | J | T | Sold (part) | 8/20/13 | J | A | |
| 15.  -Danaher Corp | A | Dividend | K | T | | | | | |
| 16.  -Deere & Company | A | Dividend | | | Sold | 11/1/13 | J | A | |
| 17.  -EMC Corp | A | Dividend | J | T | Sold (part) | 10/23/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Equifax Inc | A | Dividend | K | T | | | | | |
| 19. -Express Scripts Holding Company | A | Dividend | K | T | Sold (part) | 9/24/13 | J | B | |
| 20. -Exxon Mobil Corporation | A | Dividend | K | T | Sold (part) | 10/3/13 | J | A | |
| 21. -Franklin Resources | A | Dividend | K | T | | | | | |
| 22. -Google Inc | A | Dividend | K | T | | | | | |
| 23. -Home Depot Inc | A | Dividend | J | T | | | | | |
| 24. -International Business Machines | A | Dividend | J | T | Sold (part) | 7/18/13 | J | B | |
| 25. -iShares Dow Jones US Home Construction | A | Dividend | | | Sold | 8/15/13 | J | A | |
| 26. -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 27. -JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 28. -Juniper Networks Inc | A | Dividend | | | Sold | 4/24/13 | J | A | |
| 29. -Kimberly#Clark Corp | A | Dividend | J | T | | | | | |
| 30. -McDonalds Corp | A | Dividend | J | T | | | | | |
| 31. -Microsoft Corp | A | Dividend | J | T | Sold (part) | 4/26/13 | J | A | |
| 32. -Nike Inc Class B | A | Dividend | J | T | Sold (part) | 9/24/13 | J | B | |
| 33. -Norfolk Southern Corp | A | Dividend | J | T | Sold (part) | 9/4/13 | J | A | |
| 34. -Omnicom Group Inc | A | Dividend | J | T | Sold (part) | 9/24/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Peabody Energy Corp | A | Dividend | J | T | | | | | |
| 36. -Procter & Gamble Co | A | Dividend | J | T | Sold (part) | 7/30/13 | J | A | |
| 37. -Schlumberger LTD | A | Dividend | K | T | | | | | |
| 38. -Sherwin Williams Co | A | Dividend | J | T | Sold (part) | 9/24/13 | J | C | |
| 39. -Snap#On Inc | A | Dividend | J | T | | | | | |
| 40. -Stryker Corp | A | Dividend | J | T | | | | | |
| 41. -United Parcel Service Inc | A | Dividend | J | T | Sold (part) | 7/15/13 | J | A | |
| 42. -Wal#Mart Stores Inc | A | Dividend | J | T | | | | | |
| 43. -Wells Fargo & Co | A | Dividend | K | T | Sold (part) | 10/7/13 | J | A | |
| 44. -iShares Russell 2000 Value Index | A | Dividend | K | T | | | | | |
| 45. -iShares S&P SmallCap 600 Index | A | Dividend | L | T | Buy (add'l) | 6/7/13 | J | | |
| 46. | | | | | Buy (add'l) | 9/6/13 | K | | |
| 47. -iShares S&P MidCap 400 Growth Index | A | Dividend | | | Sold | 6/18/13 | K | A | |
| 48. -SPDR S&P MidCap 400 | A | Dividend | L | T | Buy (add'l) | 6/18/13 | K | | |
| 49. -iShares MSCI Canada Index | A | Dividend | K | T | | | | | |
| 50. -iShares MSCI EMU Index | A | Dividend | L | T | Buy (add'l) | 4/12/13 | J | | |
| 51. | | | | | Buy (add'l) | 10/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -iShares MSCI Germany Index | A | Dividend | K | T | Buy (add'l) | 8/5/13 | J | | |
| 53.  -iShares MSCI Pacific ex#Japan Index | B | Dividend | K | T | | | | | |
| 54.  -iShares MSCI United Kingdom Index | A | Dividend | K | T | Buy (add'l) | 9/24/13 | J | | |
| 55.  -Market Vectors Gold Miners | A | Dividend | | | Sold | 3/4/13 | J | B | |
| 56.  -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | K | T | Buy (add'l) | 4/25/13 | J | | |
| 57.  -Driehaus Emerging Markets Growth | A | Dividend | K | T | Buy (add'l) | 5/7/13 | J | | |
| 58. | | | | | Buy (add'l) | 9/24/13 | J | | |
| 59.  -Powershares DWA Emer Mkts Technical Ldrs | A | Dividend | K | T | Buy (add'l) | 5/22/13 | J | | |
| 60.  -Vanguard Emerging Market | A | Dividend | K | T | Buy (add'l) | 5/10/13 | J | | |
| 61.  -Vanguard Interm#Term Tax Ex Adm | D | Interest | L | T | Buy (add'l) | 4/30/13 | J | | |
| 62. | | | | | Sold (part) | 5/22/13 | M | D | |
| 63. | | | | | Buy (add'l) | 5/31/13 | J | | |
| 64. | | | | | Buy (add'l) | 6/28/13 | J | | |
| 65. | | | | | Buy (add'l) | 7/31/13 | J | | |
| 66. | | | | | Buy (add'l) | 8/30/13 | J | | |
| 67. | | | | | Buy (add'l) | 9/30/13 | J | | |
| 68. | | | | | Buy (add'l) | 10/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 70. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 71.  -Vanguard Ltd#Term Tax Ex Adm | B | Interest | N | T | Buy (add'l) | 4/30/13 | J | | |
| 72. | | | | | Buy (add'l) | 5/31/13 | J | | |
| 73. | | | | | Buy (add'l) | 6/28/13 | J | | |
| 74. | | | | | Buy (add'l) | 7/31/13 | J | | |
| 75. | | | | | Sold (part) | 8/6/13 | K | A | |
| 76. | | | | | Buy (add'l) | 8/30/13 | J | | |
| 77. | | | | | Buy (add'l) | 9/30/13 | J | | |
| 78. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 79. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 80. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 81.  -iShares Gold Trust | A | Dividend | | | Sold | 4/15/13 | K | B | |
| 82.  -PowerShares DB Commodity Index Tracking Fund | A | Dividend | K | T | | | | | |
| 83.  -Vanguard REIT Index ETF | A | Dividend | K | T | Buy (add'l) | 6/14/13 | K | | |
| 84.  Ford Motor | A | Dividend | J | T | Buy | 9/20/13 | J | | |
| 85.  General Dynamics Corp | A | Dividend | J | T | Buy | 11/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/4/13 | J | | |
| 87. NASDAQ Stock Market Inc | A | Dividend | J | T | Buy | 6/25/13 | J | | |
| 88. | | | | | Buy (add'l) | 10/1/13 | J | | |
| 89. iShares S&P Midcap 400 Growth | B | Dividend | L | T | Buy | 8/5/13 | K | | |
| 90. IQ Hedge Multi-Strategy Tracker | A | Dividend | L | T | Buy | 5/29/13 | K | | |
| 91. | | | | | Buy (add'l) | 8/27/13 | K | | |
| 92. New York Life SEP Premium Plus Elite Variable Annuity | | | | | | | | | |
| 93. -Templeton Investment Counsel In. | A | Int./Div. | K | T | | | | | |
| 94. -Templeton Global Advisors | A | Int./Div. | K | T | | | | | |
| 95. -MainStay VP Int'l Equity | D | Int./Div. | K | T | | | | | |
| 96. -MainStay VP Hi Yd BD | D | Int./Div. | K | T | | | | | |
| 97. -Fidelity Contrafund | E | Int./Div. | L | T | | | | | |
| 98. -Fidelity VIP Mid Cap SC2 | D | Int./Div. | K | T | | | | | |
| 99. -MainStay VP U.S. Small Cap | D | Int./Div. | K | T | | | | | |
| 100. -MainStay Mid Cap Core | D | Int./Div. | K | T | | | | | |
| 101. -MainStay VP MFS Utilities | D | Int./Div. | K | T | | | | | |
| 102. Thrivent Municipal Cond Fund-A | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Thrivent Diversified Income Plus Fund A | A | Dividend | J | T | | | | | |
| 104. Pacific Life Insurance Whole Life Policy | A | Interest | J | T | | | | | |
| 105. Brokerage Acct #2 | | | | | | | | | |
| 106. -American FD Capital World Growth | B | Dividend | L | T | Sold (part) | 11/8/13 | J | A | |
| 107. | | | | | Sold (part) | 12/9/13 | J | A | |
| 108. -Northern Calif Pwr Bond | A | Interest | J | T | | | | | |
| 109. -Berkshire Hathaway | | None | L | T | | | | | |
| 110. -Schwab Cash | A | Interest | K | T | | | | | |
| 111. IRA # 1 Microsoft | A | Dividend | J | T | | | | | |
| 112. IRA # 2 | | | | | | | | | |
| 113. -Schwab Money Market | A | Interest | J | T | | | | | |
| 114. --iShares Barclays 1#3 Year Credit Bond | A | Interest | J | T | Sold (part) | 4/15/13 | J | A | |
| 115. -iShares Barclays Aggregate Bond | A | Interest | J | T | Sold (part) | 4/11/13 | J | A | |
| 116. -iShares S&P 500 Citigroup Value Index | A | Dividend | J | T | Sold (part) | 10/8/13 | J | A | |
| 117. -iShares S&P 500 Growth Index | A | Dividend | J | T | Sold (part) | 4/8/13 | J | A | |
| 118. | | | | | Buy (add'l) | 10/8/13 | J | | |
| 119. -iShares S&P MidCap 400 Growth Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -SPDR S&P MidCap 400 | A | Dividend | J | T | Sold (part) | 4/15/13 | J | A | |
| 121. -iShares S&P SmallCap 600 Citigroup Growth In | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 122. -iShares Russell 2000 Value Index | A | Dividend | | | Sold | 8/30/13 | J | A | |
| 123. -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 124. -iShares MSCI Pacific ex#Japan Index | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 125. -Vanguard European Stock | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 126. -Vanguard Emerging Market | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 127. -PowerShares DB -Commodity Index Tracking Fund | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 128. | | | | | Sold (part) | 7/10/13 | J | A | |
| 129. -Vanguard REIT Index ETF | A | Dividend | J | T | Sold (part) | 4/15/13 | J | A | |
| 130. IQ Hedge Multi-Stratgy Tracker | A | Dividend | J | T | Buy | 7/10/13 | J | | |
| 131. iShares S&P SmallCap 600 Index | A | Dividend | J | T | Buy | 8/30/13 | J | | |
| 132. Trust #1 | | | | | | | | | |
| 133. -Schwab Money Market | A | Interest | J | T | | | | | |
| 134. -iShares Barclays Intermediate Credit Bond | A | Interest | J | T | Sold (part) | 4/15/13 | J | A | |
| 135. | | | | | Sold (part) | 12/31/13 | J | A | |
| 136. -iShares Barclays 1#3 Year Credit Bond | A | Interest | J | T | Sold (part) | 4/15/13 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/31/13 | J | A | |
| 138. -iShares Core Total US Bond | A | Interest | J | T | Sold (part) | 4/11/13 | J | A | |
| 139. -iShares S&P 500 Value Index | A | Dividend | J | T | Sold (part) | 5/1/13 | J | A | |
| 140. | | | | | Sold (part) | 8/5/13 | J | A | |
| 141. | | | | | Sold (part) | 9/23/13 | J | A | |
| 142. | | | | | Sold (part) | 10/8/13 | J | A | |
| 143. | | | | | Sold (part) | 12/31/13 | J | A | |
| 144. -iShares S&P 500 Growth Index | A | Dividend | J | T | Sold (part) | 4/8/13 | J | A | |
| 145. | | | | | Sold (part) | 5/1/13 | J | A | |
| 146. | | | | | Sold (part) | 8/5/13 | J | A | |
| 147. | | | | | Buy (add'l) | 10/8/13 | J | | |
| 148. | | | | | Sold (part) | 12/31/13 | J | A | |
| 149. -iShares S&P MidCap 400 Growth Index | A | Dividend | J | T | Sold (part) | 7/10/13 | J | A | |
| 150. | | | | | Sold (part) | 7/10/13 | J | A | |
| 151. -SPDR S&P MidCap 400 | A | Dividend | J | T | Sold (part) | 8/5/13 | J | A | |
| 152. -iShares S&P SmallCap 600 Citigroup Growth Inde | A | Dividend | J | T | Sold (part) | 12/31/13 | J | A | |
| 153. -iShares Russell 2000 Value Index | A | Dividend | | | Sold (part) | 8/5/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 8/30/13 | J | A | |
| 155. -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | J | T | Buy | 4/15/13 | J | | |
| 156. | | | | | Sold (part) | 9/23/13 | J | A | |
| 157. -iShares MSCI Pacific ex#Japan Index | A | Dividend | J | T | Buy | 4/15/13 | J | | |
| 158. | | | | | Sold (part) | 9/23/13 | J | A | |
| 159. -Vanguard European Stock | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 160. | | | | | Sold (part) | 8/5/13 | J | A | |
| 161. | | | | | Sold (part) | 9/23/13 | J | A | |
| 162. | | | | | Buy (add'l) | 10/8/13 | J | | |
| 163. | | | | | Sold (part) | 12/31/13 | J | A | |
| 164. -Vanguard Emerging Market | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 165. | | | | | Sold (part) | 8/5/13 | J | A | |
| 166. | | | | | Sold (part) | 9/23/13 | J | A | |
| 167. -PowerShares DB Commodity Index Tracking Fund | A | Dividend | J | T | Buy | 4/15/13 | J | | |
| 168. | | | | | Sold (part) | 7/10/13 | J | A | |
| 169. -Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 170. IQ Hedge Multi-Strategy Tracker | A | Dividend | J | T | Buy | 7/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  iShares S&P SmallCap 600 Index | A | Dividend | J | T | Buy | 8/30/13 | J | | |
| 172.  Trust #2 | | | | | | | | | |
| 173.  -Schwab Money Market | A | Interest | J | T | | | | | |
| 174.  -iShares Barclays 1#3 Year Credit Bond | A | Interest | J | T | Sold (part) | 5/15/13 | J | A | |
| 175. | | | | | Sold (part) | 7/10/13 | J | A | |
| 176. | | | | | Sold (part) | 12/31/13 | J | A | |
| 177.  -iShares Barclays Intermediate Credit Bond | A | Interest | J | T | Sold (part) | 4/15/13 | J | A | |
| 178. | | | | | Sold (part) | 12/31/13 | J | A | |
| 179.  -iShares Barclays Total US Bond Market | A | Interest | J | T | Sold (part) | 4/11/13 | J | A | |
| 180. | | | | | Sold (part) | 9/3/13 | J | A | |
| 181.  -iShares S&P 500 Citigroup Value Index | A | Dividend | J | T | Sold (part) | 4/8/13 | J | A | |
| 182. | | | | | Sold (part) | 5/7/13 | J | A | |
| 183. | | | | | Sold (part) | 9/3/13 | J | A | |
| 184. | | | | | Buy (add'l) | 10/8/13 | J | | |
| 185. | | | | | Sold (part) | 12/31/13 | J | A | |
| 186.  -iShares S&P 500 Growth Index | A | Dividend | J | T | Sold (part) | 4/8/13 | J | A | |
| 187. | A | Dividend | J | T | Sold (part) | 5/7/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | A | Dividend | J | T | Sold (part) | 9/3/13 | J | A | |
| 189. | A | Dividend | J | T | Buy (add'l) | 10/8/13 | J | | |
| 190. | A | Dividend | J | T | Sold (part) | 12/31/13 | J | A | |
| 191. iShares MidCap 400 Growth | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 192. | | | | | Sold (part) | 7/10/13 | J | A | |
| 193. | | | | | Sold (part) | 12/31/13 | J | A | |
| 194. -SPDR S&P MidCap 400 | A | Dividend | J | T | Sold (part) | 12/31/13 | J | A | |
| 195. | | | | | Sold (part) | 12/31/13 | J | A | |
| 196. -iShares S&P SmallCap 600 Citigroup Growth Ind | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 197. | | | | | Sold (part) | 5/7/2013 | J | A | |
| 198. | | | | | Sold (part) | 12/31/13 | J | A | |
| 199. IShares Russell 2000 Value | A | Dividend | | | Buy | 4/15/13 | J | | |
| 200. | | | | | Sold | 8/30/13 | J | A | |
| 201. -iShares MSCI Pacific ex#Japan Index | A | Dividend | J | T | Buy | 4/15/13 | J | | |
| 202. | | | | | Sold (part) | 5/7/13 | J | A | |
| 203. | | | | | Buy (add'l) | 7/10/13 | J | | |
| 204. | | | | | Sold (part) | 10/8/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 12/31/13 | J | A | |
| 206. -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | J | T | | | | | |
| 207. -Vanguard European Stock | A | Dividend | J | T | Buy | 4/15/13 | J | | |
| 208. | | | | | Sold (part) | 5/7/13 | J | A | |
| 209. | | | | | Buy (add'l) | 7/10/13 | J | | |
| 210. | | | | | Sold (part) | 9/3/13 | J | A | |
| 211. | | | | | Buy (add'l) | 10/8/13 | J | | |
| 212. | | | | | Sold (part) | 12/31/13 | J | A | |
| 213. -Vanguard Emerging Market | A | Dividend | J | T | Buy | 4/15/13 | J | | |
| 214. | | | | | Sold (part) | 5/7/13 | J | A | |
| 215. | | | | | Buy (add'l) | 7/10/13 | J | | |
| 216. | | | | | Sold (part) | 9/3/13 | J | A | |
| 217. | | | | | Sold (part) | 12/31/13 | J | A | |
| 218. -PowerShares DB Commodity Index Tracking Fund | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 219. | | | | | Sold (part) | 7/10/13 | J | A | |
| 220. | | | | | Sold (part) | 12/31/13 | J | A | |
| 221. -Vanguard REIT Index ETF | A | Dividend | J | T | Sold (part) | 12/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. iShares S&P SmallCap 600 Index | A | Dividend | J | T | Buy | 8/30/13 | J | | |
| 223. | | | | | Sold (part) | 10/8/13 | J | A | |
| 224. | | | | | Sold (part) | 12/31/13 | J | A | |
| 225. IQ Hedge Mult-Strategy Tracker | A | Dividend | J | T | Buy | 7/10/13 | J | | |
| 226. Trust #3 | | | | | | | | | |
| 227. -Schwab Money Market | A | Interest | J | T | | | | | |
| 228. -iShares Barclays Intermediate Credit Bond | A | Interest | | | Sold | 4/15/13 | J | A | |
| 229. -iShares Barclays 1#3 Year Credit Bond | A | Interest | J | T | Sold (part) | 4/15/13 | J | A | |
| 230. -iShares Barclays Aggregate Bond | A | Interest | | | Sold | 6/12/13 | J | A | |
| 231. -iShares S&P 500 Citigroup Value Index | A | Dividend | | | Sold (part) | 6/4/13 | J | A | |
| 232. | | | | | Sold (part) | 7/25/13 | J | A | |
| 233. | | | | | Sold (part) | 10/8/13 | J | A | |
| 234. | | | | | Sold | 12/2/13 | J | A | |
| 235. -iShares S&P 500 Growth Index | A | Dividend | K | T | Sold (part) | 4/8/13 | J | A | |
| 236. | | | | | Sold (part) | 7/10/13 | J | A | |
| 237. | | | | | Sold (part) | 7/25/13 | J | A | |
| 238. | | | | | Buy (add'l) | 10/8/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 12/2/13 | J | A | |
| 240. -iShares S&P MidCap 400 Growth Index | A | Dividend | J | T | Sold (part) | 10/8/13 | J | A | |
| 241. -SPDR S&P MidCap 400 | A | Dividend | J | T | Sold (part) | 4/15/13 | J | A | |
| 242. | | | | | Sold (part) | 7/25/13 | J | A | |
| 243. -iShares S&P SmallCap 600 Citigroup Growth Inde | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 244. Citigroup Growth Inde | A | Dividend | | | Sold | 7/25/13 | J | A | |
| 245. -iShares Russell 2000 Value Index | A | Dividend | | | Sold | 7/25/13 | J | A | |
| 246. -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 247. | | | | | Sold (part) | 12/2/13 | J | A | |
| 248. -iShares MSCI Pacific ex#Japan Index | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 249. | | | | | Sold (part) | 10/8/13 | J | A | |
| 250. -Vanguard European Stock | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 251. | | | | | Sold (part) | 7/25/13 | J | A | |
| 252. | | | | | Sold (part) | 12/2/13 | J | A | |
| 253. -Vanguard Emerging Market | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 254. | | | | | Buy (add'l) | 7/10/13 | J | | |
| 255. | | | | | Sold (part) | 9/3/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/2/13 | J | A | |
| 257. -PowerShares DB Commodity Index Tracking Fund | A | Dividend | J | T | Buy (add'l) | 4/15/13 | J | | |
| 258. Commodity Index Tracking Fund | A | Dividend | J | T | Sold (part) | 7/10/13 | J | A | |
| 259. -Vanguard REIT Index ETF | A | Dividend | J | T | Sold (part) | 4/15/13 | J | A | |
| 260. iShares Core Total US Bond Market | A | Interest | J | T | Buy | 7/25/13 | J | | |
| 261. PowerShares DB Bullish Fund | | None | | | Buy | 04/15/13 | J | | |
| 262. | | | | | Sold | 7/10/13 | J | A | |
| 263. iShares S&P SmallCap 600 Index | A | Dividend | | | Buy | 8/30/13 | J | | |
| 264. | | | | | Sold | 12/2/13 | J | A | |
| 265. IQHedge Mult-Strategy Tracker | A | Dividend | J | T | Buy | 7/10/13 | J | | |
| 266. Trust #4 | | | | | | | | | |
| 267. -Schwab Money Market | A | Interest | J | T | | | | | |
| 268. -WisdomTree Emerging Markets Local Debt | A | Interest | | | Sold (part) | 5/1/13 | J | A | |
| 269. -WisdomTree Emerging Markets | | | | | Sold | 8/13/13 | J | A | |
| 270. -Powershares High Yield Corp Bond | A | Dividend | J | T | Sold (part) | 4/22/13 | J | A | |
| 271. -iShares Barclays 3#7 Yr Treasury Bond | A | Interest | J | T | Sold (part) | 04/10/13 | J | A | |
| 272. -iShares Barclays Intermediate Credit Bond | A | Interest | J | T | Sold (part) | 5/1/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Vanguard Mortagebacked Securities Index ETF | A | Dividend | J | T | Sold (part) | 4/9/13 | J | A | |
| 274. -iShares Dow Jones US Home Construction | A | Dividend | J | T | Sold (part) | 8/15/13 | J | A | |
| 275. -iShares Dow Jones US (Vanguard) Telecommunications Sector I | A | Dividend | J | T | Buy | 3/18/13 | J | | |
| 276. -First Trust Materials Alphadex | A | Dividend | J | T | | | | | |
| 277. -SPDR Consumer Staples Select Sector | A | Dividend | J | T | | | | | |
| 278. -SPDR Health Care Select Sector | A | Dividend | J | T | Buy | 5/1/13 | J | | |
| 279. | | | | | Sold (part) | 7/10/13 | J | A | |
| 280. | | | | | Sold (part) | 10/8/13 | J | A | |
| 281. -SPDR Consumer Discretionary Select Sector | A | Dividend | J | T | Sold (part) | 5/1/13 | J | A | |
| 282. -SPDR Energy Select Sector | A | Dividend | J | T | Sold (part) | 5/1/13 | J | A | |
| 283. | | | | | Sold (part) | 10/8/13 | J | A | |
| 284. -Rydex S&P Equal Weight Financial | A | Dividend | | | Sold (part) | 5/1/13 | J | A | |
| 285. | | | | | Sold | 10/21/13 | J | A | |
| 286. -SPDR Industrial Select Sector | A | Dividend | J | T | Sold (part) | 10/8/13 | J | A | |
| 287. -iShares Goldman Sachs Technology Index | A | Dividend | | | Sold (part) | 07/10/13 | J | A | |
| 288. | | | | | Sold | 10/8/13 | J | A | |
| 289. -iShares S&P MidCap 400 Growth Index | A | Dividend | J | T | Buy | 5/1/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -SPDR S&P MidCap 400 | A | Dividend | J | T | Sold (part) | 10/21/13 | J | A | |
| 291. -iShares Russell 2000 Value Index | A | Dividend | | | Sold | 9/5/13 | J | A | |
| 292. -iShares S&P SmallCap 600 Citigroup Growth Index | A | Dividend | J | T | Sold (part) | 7/10/13 | J | A | |
| 293. Citigroup Growth | | None | | | Sold | 10/21/13 | J | A | |
| 294. -Market Vectors Gold Miners | A | Dividend | | | Sold | 3/25/13 | J | A | |
| 295. -Market Vectors Junior Gold Miners | A | Dividend | | | Sold | 3/4/13 | J | A | |
| 296. -iShares MSCI Germany Index | A | Dividend | J | T | | | | | |
| 297. -Vanguard FTSE All Wld Ex USSml Cap | A | Dividend | J | T | Buy | 4/25/13 | J | | |
| 298. -iShares MSCI Canada Index | A | Dividend | J | T | | | | | |
| 299. -iShares MSCI EMU Index | A | Dividend | J | T | Buy | 4/12/13 | J | | |
| 300. | | | | | Buy (add'l) | 10/8/13 | J | | |
| 301. -iShares MSCI Pacific ex#Japan Index | A | Dividend | J | T | Buy (add'l) | 7/10/13 | J | | |
| 302. -iShares MSCI Pacific ex#Japan | A | Dividend | J | T | Sold (part) | 10/8/13 | J | A | |
| 303. -iShares MSCI United Kingdom Index | A | Dividend | J | T | Buy (add'l) | 10/8/13 | J | | |
| 304. -Powershares DWA Emer Mkts Technical Ldrs | A | Dividend | J | T | Buy | 3/6/13 | J | | |
| 305. -Vanguard Emerging Market | A | Dividend | J | T | Buy (add'l) | 5/1/13 | J | | |
| 306. | | | | | Buy (add'l) | 7/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 10/21/13 | J | A | |
| 308. -iShares Gold Trust | A | Dividend | | | Sold | 4/15/13 | J | A | |
| 309. -PowerShares DB Commodity Index Tracking Fund | A | Dividend | J | T | | | | | |
| 310. -Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 311. -Powershares DB US Dlr Index Tr | | None | | | Buy | 3/4/13 | J | | |
| 312. | | | | | Sold | 8/14/13 | J | A | |
| 313. -Wasatch Long/Short | A | Dividend | J | T | | | | | |
| 314. -AQR N Managed Futures | A | Dividend | J | T | | | | | |
| 315. IQ Hedge Multi Strategy Tracker | A | Dividend | K | T | Sold (part) | 10/21/13 | J | A | |
| 316. | | | | | Buy (add'l) | 7/10/13 | J | | |
| 317. First Trust Dow Jones Internet Index | A | Distribution | J | T | Buy | 8/16/13 | J | | |
| 318. iShares Dow Jones US Aerospace & Def | A | Distribution | J | T | Buy | 11/6/13 | J | | |
| 319. PowerShares Dynamic Media Portfolio | A | Distribution | J | T | Buy | 5/1/13 | J | | |
| 320. AQR Diversified Arbitrage I | A | Distribution | J | T | Buy | 9/15/13 | J | | |
| 321. iShares S&P SmallCap 600 Index | A | Distribution | J | T | Buy | 9/5/13 | J | | |
| 322. iShares Nasdaq ETF BioTech | | None | J | T | Buy | 6/5/13 | J | | |
| 323. SPDR S&P Insurance ETF | | None | J | T | Buy | 3/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. | | | | | | | | | |
| 326. | | | | | | | | | |
| 327. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 09/19/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mark L. Carman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544